United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Smith, Chief Judge Marbley, Chief Magistrate Judge Deavers, Magistrate Judge Vascura

FROM: Michelle Rahwan, Deputy Clerk

DATE: 12/09/2019

SUBJECT: Case Caption: .C.T. v. Red Roof Inns, Inc. et al.

CASE: Case Number: 2:19-cv-5384

DISTRICT JUDGE: Judge Smith/Magistrate Judge Vascura

File Date: 12/08/2019

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: M.A. v. Wyndham Hotels & Resorts, Inc., et al.

Case Number: 2:19-cv-849      District Judge: Marbley

File Date: 03/08/2019      Magistrate Judge: Deavers


**Related Case(s):**

Case Caption:

Case Number: _____      District Judge: _____

File Date: _____      Magistrate Judge: _____

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   __Michelle Rahwan__
as follows:

**Judges' Response:**

- [ ] We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

- [x] We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Marbley___

- [ ] We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

- [ ] We are unable to agree and will accept any decision made by the Chief Judge.

- [ ] I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

- [ ] I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

- [ ] Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies