IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

C.T., Plaintiff

v.

Red Roof Inns, Inc., et al.
Defendants.

Civil Action No.
2:19-cv-05384

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff C.T., in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from an order transferring venue to the Middle District of Florida entered in this action on the 1st day of July, 2021.

/s/ Steven C. Babin, Jr.
Steven C. Babin, Jr. (0093584)
**Babin Law, LLC**
22 E. Gay St. Suite 200
Columbus, Ohio 43215
T: 614.761.8800
E: steven.babin@babinlaws.com